

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINA EMERSON | CIVIL ACTION |
| VERSUS | NO. 04-3097 |
| JEFFERSON PARISH POLICE DEPARTMENT ET AL. | SECTION "B" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal claims are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until the Heck conditions are met.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc No._____
```

**IT IS FURTHER ORDERED** that plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 17th day of Nov, 2005.

_____
UNITED STATES DISTRICT JUDGE